Jason B. Lattimore
**The Law Office of**
**JASON B. LATTIMORE, ESQ. LLC**
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: (973) 998-7477
Facsimile: (973) 264-1159
Jason@LattimoreLaw.com
*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ENDO PAR INNOVATION COMPANY, LLC, PAR PHARMACEUTICAL, INC. and PAR STERILE PRODUCTS, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEVA HOLDING A.S.,<br><br>*Defendant*. | Case No. 2:23-cv-21684 |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs, by their attorneys, hereby voluntarily dismiss this action without prejudice. Plaintiffs filed the Complaint on October 31, 2023, and Defendant has not yet served an answer or dispositive motion in this action. Accordingly, voluntary dismissal under Rule 41(a)(1)(A) is appropriate.

Dated: December 21, 2023

| | |
|---|---|
| OF COUNSEL:<br><br>Aziz Burgy<br>**AXINN, VELTROP & HARKRIDER LLP**<br>1901 L Street NW<br>Washington, DC 20036<br>Telephone: (202) 912-4700<br>Facsimile: (202) 912-4701<br>aburgy@axinn.com<br><br>Ricardo S. Camposanto<br>**AXINN, VELTROP & HARKRIDER LLP**<br>55 Second Street<br>San Francisco, CA 92105<br>Telephone: (415) 490-1518<br>Facsimile: (415) 490-2001<br>rcamposanto@axinn.com | s/ *Jason B. Lattimore*<br>Jason B. Lattimore<br>**The Law Office Of**<br>**JASON B. LATTIMORE, ESQ. LLC**<br>55 Madison Avenue, Suite 400<br>Morristown, NJ 07960<br>Telephone: (973) 998-7477<br>Facsimile: (973) 264-1159<br>jason@lattimorelaw.com<br><br>*Attorneys for Plaintiffs Endo Par Innovation Company, LLC,*<br>*Par Pharmaceutical, Inc., and*<br>*Par Sterile Products, LLC* |